RECEIVED
SDNY DOCKET UNIT

2018 DEC -7  PM 12: 20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ROY TAYLOR
_____

_____

Write the full name of each plaintiff.

2017 CV 7360
(Include case number if one has been
assigned)

-against-

WARDEN MDC DURANTE; ET AL
_____

_____

_____

## AMENDED

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-18

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

If the defendant is an individual:

The defendant,   WARDEN DURANTE7 OR DESIGNEE, is a citizen of the State of
                 (Defendant's name)

NEW YORK AT MDC AT 125 WHITE STREET BELIEVED

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

                         N/A                              .

If the defendant is a corporation:

                    ESU OFFICER ZACK &
The defendant,      OBCC CAPTAIN ISSIAC      , is incorporated under the laws of

the State of   NEW YORK AT OBCC RIKERS ISLAND EMPLOYED

and has its principal place of business in the State of   OBCC RIKERS 1600 HAZEN STREET
                                                          EAST ELMHURST, N.Y. 11370
or is incorporated under the laws of (foreign state)   N/A

and has its principal place of business in   AT OBCC ABOVE          .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

ROY TAYLOR
_____

First Name                Middle Initial        Last Name

AMKC RIKERS 18-18 HAZEN STREET
_____

Street Address

EAST ELMHURST, NEW YORK 11370
_____

County, City                      State              Zip Code


_____

Telephone Number              Email Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X

ROY TAYLOR,

      -AGAINST-        PLAINTIFF

AMENDED COMPLAINT
2017-CV-7360 (AJN)(KNF)

OBCC C.O. NIEVES BD#17921 K-9 UNIT
OBCC CAPTAINS SLACK BD#1849
OBCC CAPTAIN ISAAC BD#1787
NYPD OFFICER JEAN FRANCISCO TAX#950438
NYPD SGT ELVIS BADIA OF 26 PCT,
CITY OF NEW YORK,

                     DEFENDANTS
_____X

PLAINTIFF ROY TAYLOR ASORDERED BY THE COURT HEREBY BY AMENDS THIS

COMPLAINT TO INCLUDE THE FOLLOWING:

11.                     <u>PARTIES:</u>

A. PLAINTIFF, ROY TAYLOR IS A US CITIZEN CURRENTLY RESIDING AT AMKC

RIKERS AT 18-18 HAZEN STREET EASET ELMHURST, NEW YORK 11370. HE SUES

THE DEFENDANTS IN THEIR INDIVIDUAL & OFFICIAL CAPACITY AND REQUEST A

TRIAL BY JURY.

DEFENDANTS, OBCC CO NIEVES BDG#17921 OF THE K-9 UNIT, OBCC CAPTAINS

SLACK BDG#1849 AND CAPTAIN ISAAC BDG#1787 ALL PLACE OF EMPLOYMENT IS

LOCATED AT OBCC 18-18 HAZEN STREET EAST ELMHURST, NY 11370 AND NYPD

26TH PCT OFFICER JEAN FRANCISCO TAX#950438 AND NYPD SGT ELVIS BADIA OF

26TH PCT TAX#948635 ARE EMPLOYED AT 26TH LOCATED AT: 520 WEST 126TH STREET

NYC 10027. AND THE CITY OF NEW YORK RESIDES AT: 100 CHURCH STREET NYC 10007.

<u>FACTUAL ALLEGATIONS:</u>

1.PLAINTIFF AVERS THAT HE JUST RECIEVED THE INFORMATION WHICH I.D.'D ALL

DEFENDANTS ON 10-31-2018 FROM AMKC MAIL ROOM WHICH WAS DELIVERED THAT DAY

FROM THE DEFENDANTS ASST CORP COUNSEL SHAH SO PLEASE EXCUSE SAID DELAY.

2.ON APRIL 10TH, 2017 PLAINTIFF WAS WITHOUT PROVOCATION RECKLESSLY SPRAYED

WITH CHEMICAL AGENT BY DEFENDANT OBCC CAPTAINS ISAAC AND NIEVES AFTER EXITIN(

MY CELL IN 3 NORTH 42 CELL UPPER TEIR WHILE ROCEEDING TO THE SHOWERS.

3. THE DAY BEFORE DEPUTY WARDEN DUNBAR ANNOUNCED THAT ALL INMATES WOULD

BE AFFORDED SHOWERS AND PHONE CALLS.

HOWEVER, THE ASSIGNED OFFICER BURNT ME, PLAINTIFF FOR NO REASON AND
THE NEXT DAY UPON COMPLAINING TO CAPTAIN ISAAC SHE IGNORED THIS SO UPON
MY CELL OPENING I CAME OUT WITH SHOWER EQUIPTMENT AND PROCEEDED TO THE
SHOWER DIRECTION AND WAS ARBITRARILY MACED BY BOTH DEFENDANTS: CAPT
ISAAC AND NIEVES AND ALTHOUGH HAVING A BROKEN WRIST & DR'S NOTE FOBIDDEN
BEING LEFT HANDCUFFED THIS WAS IGNORED BY THESE DEFENDANTS WHICH OFFICER
SLACK TOOK IT UPON HIMSELF TO STILL HANDCUFF ME,PLAINTIFF FURTHER INJURING
MY WRIST REAGGRAVATING LEFT ARM.

4. ALL DEFENDANTS SLACK, ISAAC AND NIEVES THEN TRANSPORTED ME TO OBCC
PSYC HOLDING SHOWER AREA WHERE I WAS FORCED TO DECONTAMINATE WITH "HOT"
WATER WHICH FURTHER AGGRAVATED THE "BURNING" WHERE IT FELT LIKE A "GAS
CHAMBER" WHERE I SUFFERRED  PAIN AND DISCONFORT FOR MY EYES & SKIN AREAS.
WHEN I COMPLAINED TO DEFENDANT SLACK WHILE IN THIS LOCKED SHOWER STALL
HE STATED "HANDLE IT AND SUFFER!" WHICH I SUFFERED THERE.

5.                      SECOND --- INCIDENT

    ON 7-8TH-2016 PLAINTIFF WAS ARRESTED ON BOGUS ASSAULT CHARGES IN THE
3RD DEGREE, A MISDEMEANOR WHICH RAISED MY BAIL TO $10,000 FOR THIS CASE.
THE CASE DRAGGED ON FOR MORE THAN A YEAR AND WAS ULTIMATELY DISMISSED FOR
LACK OF EVIDENCE. SOME GUY WAS SQUATTING IN MY BROTHERS APT AND FOUND
CHANGING THE LOCK AND HAD GOT MY BROTHER LOCKED UP ON BOGUS CHARGES AND
UPON REACHING FOR MY BROTHER KEYS DUDE BECAME AGGRESSIVE IN WHICH HE GOT
RESTRAINED. THE CITY MARSHALS ESCORTED DUDE OUT OF THE APT ALONG WITH HIS
GIRLFRIEND AND SHORTLYAFTER THE CASE GOT DISMISSED.

                      THIRD INCIDENT

6. ON 8/2017 WHILE AT MDC OPERATIONS THEIR FAILED TO PRODUCE ME TO COURT
TWICE ALSO ON 8-10-2017. ALSO ON 8-11-17 WARDEN DURRANT REFUSED ME A COUNSEL
VISIT WITH MY ATTORNEY.

## CAUSE OF ACTION

7. THE DEFENDANTS VIOLATED PLAINTIFF CONSTITUTIONAL RIGHTS BY ALL THE WAYS DESCRIBED HEREIN BY MALICIOUSLY SPRAYING ME WITH CHEMICAL AGENT FOR TRYING TO GET A SHOWER WHAT ALL OTHER INMATES WERE PROMISED BY DEPUTY WARDEN DUNBAR THE DAY BEFORE AND WAS ARBITRARILY AND RECKLESSLY MACED WITH CHEMICAL AGENT BY TWO OFFICERS AND FURTHER REINJURING MY LEFT ARM BY CUFFING ME AFTER BEING WARNED PRIOR TO CUFFING ME!"

8. THIS WAS DONE WITH MALICE AND THE FACT THAT I WAS PLACED IN A LOCK SHOWER STALL WITH ONLY "HOT" WATER WHICH FURTHER AGGRAVATED INTENSED BURNING THIS FURTHER SHOWED MALICE TO MAKE ME SUFFER AS INDICATED BY SLACK'S UTTERANCE "TO HANDLE IT & SUFFER!" FURTHER DISPLAYED MALICE HERE!"

9. DEFENDANT DURRANT AND THEIR DESIGNEE IN G.O.DEPT FURTHER FAILED TO AFFORD ME COURT APPEARANCES AND ATTORNEY VISIT WHICH DENIED ACCESS TO COURT AND DEFENDANTS COMMITTED FALSE ARREST, FALSE IMPRISONMENT CHARGES AS A RESULT OF THE BOGUS ASSAULT CHARGES LODGED AGAINST ME WHICH RAISED MY BAIL WHICH ALL VIOLATED MY 8TH, 14TH, 6TH AMENDMENT CONSTITUTIONAL RIGHTS UNDER THE STATE & FEDERAL CONSTITUTION WHICH WAS ALSO MALICIOUS PROSECUTION AT THE PRETRIAL LEVEL, WHEREBY VIOLATING MY RIGHTS.

## RELIEF:

BASED ON THE FOREGOING PLAINTIFF REQUEST THE FOLLOWING RELIEF:

1. DECLARATORY JUDGMENT DEFENDANTS ARE LIABLE,

2. COMPENSATE PLAINTIFF IN THE AMOUNT OF $300,000 IN COMPENSATORY AND PUNITIVE IN THE AMOUNT OF $100,000 AND NOMINAL DAMAGES IN THE AMOUNT OF $10,000 AND FOR SUCH FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Roy Taylor

## CERTIFICATE OF SERVICE

PLAINTIFF BY US 1ST CLASS HAVE MAILED THE FOREGOING AMENDED COMPLAINT TO USDC SOTHERN DISTRICT OF NEW YORK AT 500 PERL STREET AND TO ASST CORP COUNSEL NAKUL Y. SHAH AT 100 CHURCH STREET, NYC 10007 ON 11-1-2018 DO TO AMKC MAIL ROOM LATE BRING ME THIS INFORMATION TO AMEND COMPLAINT WITH SPECIFIC NAMES AS DEFENDANTS.

*Roy Taylor*

PLAINTIFF ROY TAYLOR B/C3491804923 15QDUP4
AMKC 18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

ROY TAYLOR R. 3491804923
AMKC 1818 HAZEN STREET
EAST ELMHURST, NY 11370

PROSE OFFICE
USDC SOUTHERN DIST OF NY
500 PEARL STREET
NYC 10007

LEGAL MAIL

2018 DEC -7 PH 12:20
SDNY DOCKETING

Case 1:17-cv-07360-AJN-KNF   Document 35   Filed 12/07/18   Page 8 of 8