UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROY TAYLOR,

             Plaintiff,

      -against-                                   **ORDER**

CITY OF NEW YORK; OBCC C.O.                  17-CV-7360 (AJN)(KNF)
NIEVES, OBCC CAPTAIN SLACK;
OBCC CAPTAIN ISAAC; NYPD
OFFICER JEAN FRANCISCO; NYPD
SERGEANT ELVIS BADIA,

             Defendants.
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, Docket Entry No. 96, the plaintiff requests that the Court direct jail administrators to "to afford me access to typewriter & kios [sic] computer access." Jail administrators have the discretion to manage their facilities and to determine the circumstances under which those they have in custody may access the jail's property and services. The Court has determined to defer to the determination made by the relevant jail administrators as it relates to the plaintiff's access to a typewriter and computer. Therefore, the plaintiff's request is denied. The plaintiff is reminded that he must submit all writings to the court's Pro Se Office and not directly to the Court's chambers.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York                      SO ORDERED:
         September 3, 2020

                                                _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE

1

2