**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Roy Taylor,

                Plaintiff,                17 **CIVIL** 7360 (AJN)

      -against-                      **JUDGMENT**

OBCC C.O. Nieves, et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 30, 2020, the motion for summary judgment filed by the City and the correctional officers is GRANTED, and judgment is entered in their favor. Taylor's wrongful arrest claim against the NYPD officers is dismissed without prejudice. All other pending motions are DENIED as moot. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
         November 30, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                              **BY:**     *K. Mango*
                                                   **Deputy Clerk**