UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roy Taylor,

        Plaintiff,

    –v–

OBCC C.O. Nieves, *et al.*,

        Defendants.

17-cv-7360 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a motion entitled "Motion to Stay District Court's Decision Pending Appeal and En Banc Decision" filed by Mr. Taylor. Dkt. No. 112. The motion states that Mr. Taylor did not receive a mailed copy of the Court's November 30, 2020 Memorandum Opinion and Order (Dkt. No. 105). It also requests a stay pending appeal. The docket reflects that the Clerk of Court previously mailed a copy of the November 30 Order to Mr. Taylor.

    The Clerk of Court is respectfully directed to mail another copy of the Court's November 30 Order (Dkt. No. 105) and a copy of this Order to Mr. Taylor at both the address listed on the public docket and the address listed in his motion. The Clerk of Court is further respectfully directed to note each mailing on the public docket.

    All other requests for relief in Mr. Taylor's motion are DENIED. Nothing in this Order modifies the deadlines or requirements for appeal as specified in the applicable rules.

    SO ORDERED.

Dated: December 22, 2020
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge